UNITED STATES BANKRUPTCY COURT
District of Oregon

| | |
|---|---|
| In re<br>  Mark Gordon Heron<br>  Mary Kathleen Heron<br>Debtor(s) | Hearing Judge: Peter C McKittrick<br>Case No. **22-31614-pcm13**<br>CHAPTER 13 CONFIRMATION<br>WORKSHEET |

Attorney: CHRISTOPHER COYLE     Trustee Representative: Jordan Hantman

**Present:** () Debtor () Jt. Debtor (X) Attorney    Conf. Hrg. Date/Time: 12/8/2022 1:30 PM

**Additional Participants:** SCOTT MITCHELL -Rivermark Community Credit Union

**Trustee Objection(s)**
- \_\_\_\_ Resolved and recommends confirmation.
- \_\_\_\_ Plan payments have not been received.
- \_\_\_\_ Plan payments are not current.
- **X** Other: Trustee's objection is mostly resolved and can be fixed with changes to the OCP.

**Creditor Objections(s)**
- \_\_\_\_ IRS    \_\_\_\_ ODR    Creditor(s): Rivermark

**Plan Confirmed**
- \_\_\_\_ Order has been lodged.
- \_\_\_\_ Order to be lodged after hearing.

**Plan Denied**
- \_\_\_\_ Debtor wants to file an amended plan.
- \_\_\_\_ Other reason:
- \_\_\_\_ # of days or by \_\_\_\_ file an amended plan. (1355.05)
- \_\_\_\_ Adjourned hearing date given in court

**Other Orders**
- \_\_\_\_ Order to file tax returns    \_\_\_\_ IRS    \_\_\_\_ ODR    \_\_\_\_ Other:
- \_\_\_\_ Returns due within \_\_\_\_ days.
- \_\_\_\_ Service Order.    \_\_\_\_ Fee reduction.    \_\_\_\_ Send letter.
- \_\_\_\_ 10-day order requiring presentation of proposed confirmation order.

**Adjourned Hearing**
- **X** Adjourned confirmation hearing to be held on   1-19-2023 at 11:30 a.m.
- \_\_\_\_ Evidentiary confirmation hearing to be held on
- **X** via Telephone    \_\_\_\_ by Video    \_\_\_\_ in Courtroom #
- \_\_\_\_ Trustee motion to dismiss continued.
- **X** Noticed in court.    \_\_\_\_ Notice to be sent to interested parties.

**Notes:** The parties discussed the disputed language from paragraph 15 of the plan. They will continue to work on agreed language.