| | | |
|---|---|---|
| 01/19/2023 | | Judge Peter C McKittrick |
| 11:30 22-31614-pcm13 | Mark Gordon Heron - db | COLLEEN LOWRY |
| | Mary Kathleen Heron -jtdb | COLLEEN LOWRY |
| | Rivermark Community CU -cr | SCOTT MITCHELL |
| | Wayne Godare -tr | JORDAN HANTMAN |

**Matters:**
**1. Adjourned Confirmation Hearing**
**2. Motion to Strike Untimely Objection to Confirmation Filed by Debtor Mark Gordon Heron, Joint Debtor Mary Kathleen Heron Re:53 Objection to Confirmation of Plan Filed by Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing (Re:23 INITIAL Chapter 13 PLAN Filed by Debtor Mark Gordon Heron, Joint Debtor Mary Kathleen Heron (RICKS, DOUGLAS)). (ST PIERRE, LINDA) filed by Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing (RICKS, DOUGLAS) Doc# 58**

Summary of Proceedings

1. The Trustee reported their objection has been resolved and the objection by NewRez has been withdrawn. Per Mr. Mitchell, a conditional withdrawal was filed yesterday, and Mr. Mitchell formally withdrew the objection on the record relating to the OCP currently being circulated.

The Court will sign the OCP once lodged with the Court.

2. The hearing for the motion to strike was taken off calendar as a withdrawal of document (ECF No. 65) was filed by creditor NewRez LLC.

Order to be prepared by: _____ Clerk's Office  _____ Chambers  Other: