| | |
|---|---|
| 08/03/2023 | Judge Peter C McKittrick |

| 02:00 22-31614-pcm13 | Mark Gordon Heron - db | CHRISTOPHER COYLE |
|---|---|---|
| | Mary Kathleen Heron -jtdb | CHRISTOPHER COYLE |
| | Sean Palmieri  -cr (present) | WILLIAM LOBEL |
| | Wayne Godare -tr | JORDAN HANTMAN |

**Matter: Motion to Revoke Debtors Chapter 13 Plan; Memorandum of Points and Authorities in Support Thereof Filed by Creditor Sean Palmieri (dcm) Doc# 85**

Summary of Proceedings

For the reasons set forth on the record, the Court will deny the motion to revoke debtor's chapter 13 plan (ECF No. 85). Mr. Coyle to submit an order for the Court to sign.

Order to be prepared by: _____ Clerk's Office   _____ Chambers   Other: Christopher Coyle